RAMZI BADWI K81555
SALINAS VALLEY STATE
FACILITY D-2-111
P.O. BOX 1050
SOLEDAD, CA 93960


FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA (PR)

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMZI BADWI
　　PLAINTIFF

Vs.　　E-filing

(WARDEN) MR. EVANS, (ACTING) WARDEN
MR. MOORE, AND G. LEWS, DR. CHARES LEE,
DR. BOWMAN, DR. KUMAR, MR. KATES, (LT)
KESSLER, (Sgt) OYARZABAL,

　　DEFENDANT'S

CASE NO. 08  2221

Plaintiff Requesting Court Order To Photocopy Plaintiff Civil Rights Complaint With Exhibit Attached And To Provide A Copy to Plaintiff And Defendants, Because Plaintiff Was Denied Photocopy And Access To Law Library

BAFORE: UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA.

COMES NOW PLAINTIFF, RAMZI BADWI IN THIS ACTION OF CIVIL RIGHTS COMPLAINT UNDER TITLE 42 U.S.C. §1983 AND UPON HIS OWN BEHALF AND WITHOUT COUNSEL, AND FURTHER, DUE TO PLAINTIFF INDIGENCE AND DENIED PHOTOCOPY AND ACCESS TO LAW LIBRARY AND PLAINTIFF IS IN SOLITARY CONFINEMENT, RESPECTFULLY

(1)

1. REQUEST THIS HONORABL COURT TO ISSUE
2. AN ORDER AND COMMAND DIERCTING THE
3. CLERK OF THE COURT TO FURISH PLAINTIFF
4. AND DEFENDANTS WITH A TRUE, COMPLETE,
5. AND CERTIFIED COPY OF PLAINTIFF CIVIL
6. RIGHTS COMPLAINT WITH EXHIBIT ATTACHED.
7.
8.     SINCE AUGUST 1, 2006 PLAINTIFF HIS
9. BEEN DENIED ACCESS TO LAW LIBRARY
10. DOE TO LAW SUIT PENDING IN UNITED
11. STATES COURT OF APPEALS FOR THE NINTH
12. CIRCUIT (See EXHIBIT 1 page 1-2) AGAINST
13. THE DEFENDANT'S IN LANCASTER STATE PRISON
14. FOR DELIBERATE INDIFFERENCE FOR PARALYZING
15. PLAINTIFF AND COVER UP PLAINTIFF INJURYS
16. OF PARA AND DEFENDANT PROVIDE THE
17. DISTRICT AND THE NINTH CIRCUIT WITH
18. ALTERED MEDICAL DOCUMENTS. SO PLAINTIFF
19. BEEN DENIED ACCESS TO LAW LIBRARY AND
20. COPY'S OF COURT DOCUMENTS, ON AUGUST
21. 1, 2006 PLAINTIFF FILE HIS INFORMAL BRIEF
22. TO U.S. COURT OF APPEALS FOR THE NINTH
23. CIRCUIT AND S.V.S.P. REFUSE COPYS OF
24. HIS BRIEF (See EXHIBIT 1 page 3-15) WERE
25. PLAINTIFF ASKING THE COURT OF APPEALS
26. TO PROVIDE PLAINTIFF PHOTOCOPY OF HIS
27. BRIEF BECAUSE S.V.S.P. DENIED PLAINTIFF
28. COPY'S.

I, RAMZI BADWI, THE PLAINTIFF DECLARE UNDER PENALTY OF PERJURY THAT I SWEAR THAT THE STATEMENT OF RAMZI BADWI, AND THE DOCUMENTS ATTACHED TO THE PLAINTIFF REQUESTING COURT ORDER TO PHOTOCOPY PLAINTIFF CIVIL RIGHTS COMPLAINT WITH EXHIBIT ATTACHED AND TO PROVIDE A COPY TO PLAINTIFF AND DEFENDANTS, OR TRUE AND CORRECT COPIES OF PLAINTIFF RAMZI BADWI.

## PROOF OF SERVICE

I, RAMZI BADWI, HEREBY DECLARE THAT I AM OVER THE AGE OF 18 YEARS OF AGE, A RESIDENT OF CALIFORNIA, AND THAT I AM A PARTY WITHIN THIS CAUSE OF ACTION. THAT ON THIS DATE I DID CAUSE A TRUE AND CORRECT COPY OF P

4/22/2008

*[signature]*

EXHIBIT

1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
OCT 24 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAMZI BADWI,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>ROBERT JOHNSON, Dr., Chief Medical Officer; et al.,<br><br>       Defendants - Appellees. | No. 05-55834<br><br>D.C. No. CV-01-10074-AHM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The Clerk shall file appellees' August 16, 2007 response to the court's default notice for failure to file the answering brief. The response is construed as a motion for relief from default. So construed, appellees' motion for relief from default is granted.

The motion for summary affirmance of this appeal is denied because the arguments raised in the opening brief are sufficiently substantial to warrant further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

S:\MOATT\Cmshords\10-07\lc\05-55834.wpd

EX-1 PG 1

05-55834

The answering brief is due 30 days after the filing date of this order. The optional reply brief is due within 14 days after service of the answering brief.

_Peter L. Shaw_
General Order 6.3(e)

Ramzi Badwi, CDC #K-81555
Salinas Valley State Prison
Facility A-2, cell 142
P.O. Box 1050
Soledad, California 93960-1050

1/28/07

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAMZI BADWI ) | CASE No. 05-55834 |
| ) | |
| Plaintiff-Appellant ) | APPELLANT'S REQUEST FOR A |
| ) | COPY'S OF HIS INFORMAL |
| ) | BRIEF WITH EXCERPTS OF |
| Vs. ) | RECORDS ATTACHED PURSUANT |
| ) | TO FED.R.CIV.P. 60 (B). |
| ) | |
| DR. ROBERT JOHNSON, et al, ) | |
| DR. MALLTEK ATTYGALLA, M.D.; ) | |
| and Does 1 - 60 Inclusive. ) | |

Before: Honorable Tallman and Callaham, Circuit Judges, in the United States Court of Appeals for the Ninth Circuit.

Comes now Plaintiff-Appellant, Ramzi Badwi, in the above-entitled case, and upon his own behalf and without counsel, and further, due to his indigence, respectfully requesting this Honorable Court to issue an Order and command diercting the clerk of the Court to furnish Appellant with a true, complete, and certified copy of Appellant Informal Brief with Excerpts of record attached.

On or about July 18, 2006, Appellant filed his Informal Brief to the clerk of the Court. On July 25, 2006, Appellant

(1)

EX-10 Pg 3

received a letter from the Court's clerk stating that the Informal Brief was deficient because it exceeded the 40 pages page limit.

On August 1, 2006, Appellant corrected his Informal Brief and mailed the Original Informal Brief with Excerpts of records Attached to the Court's clerk. Appellant included a cover letter requesting that the clerk provide a copy to the Attorney General, <u>and provide a copy to the Appellant because Appellant dose not have a copy of the Informal Brief with Excerpts of records</u> Appellant explained that he was confined in the infirmary and the Staff in the infirmary would not allow Appellant to make copies of his Informal Brief with Excerpts of records (See attached hereto as EXHIBIT " <u>1</u> " ). Appellant never received a copy of the Informal Brief with Excerpts of records.

On October 18, 2006, and November 6, 2006, Appellant filed letters to the clerk of the Court requesting a copy of his Informal Brief for his record (See attached hereto as EXHIBIT " <u>2</u> and <u>3</u> " ).

Appellant explained to the clerk that on August 1, 2006, he mailed his Original copy of his Pro Se Informal Brief with a cover letter to the clerk's office <u>explaining that he was DENIED COPIES of his INFORMAL BRIEF WITH EXCERPTS OF RECORDS.</u>

Appellant explained that he was unable to provide the required copies to the Court, and unable to provide a copy to the Attorney General for the Defendants.

Further, Appellant explained that from March to October of 2006, he was confined to his bed in the Infirmary at the Central Treatment Center (CTC), having problems with his right

(2)

EX-1 P5 4

arm, receiving physical therapy for his arm.

Appellant explained that he was denied copies of his Informal Brief with Excerpts of records and asked the clerk of the Court to forward a copy to the Attorney General for the Defendants.

Appellant explained that the Staff at Infirmary would not allow Appellant to make copies of his Informal Brief with Excerpts of records attached.

To date, Appellant has not received a copy of his Informal Brief with Excerpts of records from the clerk of the Court.

Pursuant to Fed. R. Civ. P 60 (B) On motion and upon such terms as are just, the Court may relieve a party or a party's legal representative from a final judgment, Order, or proceeding for the following reasons : (1) mistakes, inadvertence surpise, or excusable nelect : (2) newly discovered evidence, or clerical mistakes, or other parts of the record may be corrected by the Court at any time arising from oversight or omission may be corrected by the Court.

## CONCLUSION

Appellant dose NOT HAVE a copy of the Informal Brief with Excerpts of records attached and due to the circumstances beyond Appellant's control, having being denied copies by the Staff at (CTC) Infirmary, Appellant respectfully requests this Honorable Court to provide Plaintiff-Appellant with a copy of the Informal Brief with Excerpts of records attached.

Dated this 28 day of January 2007

Respectfully Submitted,

*Ramzi Badwi*
RAMZI BADWI,
Plaintiff-Appellant In Pro Se

(3)

EX-10 Pg 5

## VERIFICATION

### (C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, __RAMZI BADWI,_____, declare under the penalty of perjury that:

I am the ____**Plaintiff**____ in the attached matter; I have read the foregoing document(s) and know the contents thereof; that the same is true of my own personal knowledge, or upon information and belief which I believe to be true; that if called to testify as to the contents thereof, I could do so competently as a sworn witness.

Executed this __28__ day of __January__, 20_07_, at Salinas Valley State Prison, Soledad, Ca. 93960

_____
Declarant   RAMZI BADWI
Plaintiff-Appellant In Pro Se

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### DECLARATION OF SERVICE BY MAIL

### (C.C.P. §§ 446, 2015.5; 28 U.S.C. § 1746)

I, __RAMZI BADWI,_____, declare: That I am a resident of Salinas Valley State Prison, Soledad, California; I am over the age of 18 years; { ☒ I am / ☐ I am not } a party to the above entitled action; My address is P.O. Box __1050,__ Soledad, California 93960-__1050__. I served the attached document(s) entitled;

**APPELLANT'S REQUEST FOR A COPY OF HIS
INFORMAL BRIEF WITH EXCERPTS OF RECORDS
ATTACHED PURSUANT TO FED.R.CIV.P. 60 (B).**

On the persons/parties specified below by placing a true copy of said document(s) into a sealed envelope with the appropriate postage affixed thereto and placing said envelope(s) into the United States Mail in a deposit box provided for at the Salinas Valley State Prison, Soledad, California, addressed as follows:   **OFFICE OF THE STATE ATTORNEY GENERAL
JONATHAN GALATZAN, DEPUTY ATTORNEY GENERAL
300 SOUTH Spring Street
LOS ANGELES, CALIFORNIA 90013-1230**

There is First Class mail delivery service by the United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this __28__ day of __January__, 20_07_, at Salinas Valley State Prison, Soledad, California 93960-1040.

_____
Declarant   RAMZI BADWI,
Plaintiff-Appellant In Pro Se

EX-1-PG 6

EXHIBIT 1

EX-1, PG 7

RAMZI BADWI, CDC K-81555
Salinas Valley State Prison
CTC Infirmary Room # 13.
P.O. Box 1050
Soledad, California 93969-1050

AUGUST 1, 2006.

TO: Office of the Clerk
United States Court Of Appeal
Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

RE: RAMZI BADWI v. DR. ROBERT JOHNSON, et al.,
Case No. 05-55834

Dear Clerk of the Court:

Enclosed please find the Original Copies of my Pro Se Informal Brief wet Excerpts of records Attached as [ ER ] to be filed in the obove-entitled case.

On July 18, 2006, Plaintiff filed his Informal Brief to this Court 52 pages in Length.

On July 25, 2006, Plaintiff received from this Court a latter from Office of the Clerk, regarding Plaintiff Deficient Brief. (See Attached Letter )

Attention Clerk of the Court: Plaintiff is confined in CTC Infirmary. The Staff at Infirmary DENIED Plaintiff from Requesting Copies of the Informal Brief wet Excerpts of Records attached.

Please, Plaintiff Des Not Have a Copy of the Informal Brief wet Excerpts of records attached and Plaintiff DID NOT MAIL A COPY TO THE DEFENDANTS COUNSEL, and was NOT able to make the required copies to the Court.

Due to the "Circumstances" beyond Plaintiff's control having Being DENIED copies boy the Staff at CTC Informal, Plaintiff Respectfully Requesting a copy of Informal Brief wet Excerpts of records attached and Mail a Copy to the Defendants counsel addressed as follows:

Office of the State Attorney General
Mr. JONATHAN GALATZAN, Deputy Attorney General
300 South Spring Street
Los Angeles, California 90013-1230

Sincerely,

*Ramy Badwy*

EX-10-P9 8

EXHIBIT 2

EX-1 PG 9

Ramzi Badwi, CDC K-81555
Salinas Valley State Prison
Facility A-2, cell 142
P.O. Box 1050
Soledad, California 93960-1050

OCTOBER 18, 2006.

Office of the Clerk
United State Court of Appeals
Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

**RE: RAMZI BADWI v. DR. ROBERT JOHNSON, et al,.**
**Case No. 05-55834**

Dear Clark of the Court:

I am writing you to Inquire the current status of the above entitled matter.

On August 1, 2006, I mailed my Original copies of my Pro Se "Informal Brief, with Excerpts of records Attached as [ER] " to this Court, with a letter to the Clerk's Office regarding Plaintiff was denied photocopy of the Informal Brief and Plaintiff was unable to provide the required copies to the Court, and unable to provide a copy to the Deputy Attorney General, who is representing the defendants in this case.

From March to October of 2006, Plaintiff was confined to bed in CTC Infirmary for Medical Treatment, Plaintiff was have problems with his right arm, and was receiving physical therapy for his arm, going to require surgery for his arm.

On July 28,29, and August 1, 2006, Plaintiff was **denied** photocopy of the Informal Brief, with Excerpts of Records Attached by the staff at CTC Infirmary, when Plaintiff filed his Informal Brief to this Court on August 1, 2006. Plaintiff requested the Clerk of the Court to photocopy the Informal Brief, with Excerpts of records, and Mail a copy to the Deputy Attorney General who is representing the Defendants in this case, and I also requested a copy of the Informal Brief, with the Excerpts of Records stamped "FILED", because Plaintiff **dose not have a copy of the Informal Brief.**

To date, I have not received my confirmed copy back from this Clark of the Court Office my **"Informal Brief with Excerpts of Records Attached"** stamped filed, because Plaintiff dose not have a copy. In case this Court denies Plaintiff 42 u.s.c. §1983 civil suit, so Plaintiff can Appeal to the United States Supreme Court. I have no idea when this Clerk of the Court Mail a copy

(1)

EX-1 Pg 10

of the Informal Brief, with Excerpts of Records Attached to the Deputy Attorney General, who is representing the Defendants in this above entitled case.

I am also requesting that this Clark of the Court to Please inform me when the Deputy Attorney General received a copy of the Informal Brief.

Please do not interpret this letter to the Clerk's Office as an improper communication with the court. This letter is directed to the Clerk of the Court, and I am merely attempting to verify that my pro se Informal Brief, with Excerpts of Records was, in fact, received and filed, and Attorney for the Defendants received a copy of the Informal Brief, with Excerpts of Records. Please understand that I have no other way to verify the filing of my latest pleading except for a letter, such as this, to the clerk's Office.

Finally, I want to thank you in advance for your time and understanding. I apologize for any inconvenience.

Sincerely,

*Ramzi Badwi*
RAMZI BADWI,
Plaintiff-Appellant
In Pro Se

CC: File Copy

(2)

EX-10 pg 11

EXHIBIT 3

EX-1 PG 12

Ramzi Badwi, #K-81555
Salinas Valley State Prison
Facility A-2, cell 142
P.O. Box 1050
Soledad, California 93960-1050

NOVEMBER 6, 2006

Office of the Clerk
United State Court of Appeals
Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

      RE: RAMZI BADWI v. DR. ROBERT JOHNSON, et al,.
         Case No. 05-55834

Dear Clark of the Court

    On August 1, 2006, I mailed the original copy of my pro se Informal Brief and Excerpts of Record to this Court for filing in the above-entitled case, and included a latter, that I was requesting that you please return to me a copy stamped "FILED", because Plaintiff dose not have a copy of the Informal Brief and excerpts of record.

    On October 18, 2006, I mailed a latter to this Court Clerk Office, that I have not received my conformed copy of my Informal Brief and excerpts of record back from your office.

    I am ask that you please send me a copy of the Informal Brief and excerpts of record for my records, because Plaintiff dose not have a copy.

    Incase this Court denies Plaintiff 42 U.S.C. 1983 Appeal Plaintiff want's to appeal at to the United States Supreme Court.

    Again, I would appreciate it if your office would provide me with a copy of the Informal Brief with Excerpts of Records in the above-entitled case. Thank you in advance for your time and understanding in this most urgent and important matter.

                                        Respectfully Submitted,

                                        _Ramzi Badwi_
                                        Ramzi Badwi
                                        Plaintiff In Pro Se

EX-18 pg 13

## CERTIFICATE OF SERVICE

I Ramzi Badwi, Plaintiff in this action, hereby certify that I have caused to be served a copy of the foregoing correspondence on the respondent and the court of appeals by placing same in the U.S. Mail, postage prepaid, addressed to the following:

Office of the Attorney General
Jonathan Galatzan, Deputy Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230


By: _____
    Ramzi Badwi
    Plaintiff In Pro Se

Executed this ___6th___ day of ___November___, 2006.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 30 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAMZI BADWI,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>ROBERT JOHNSON, Dr., Chief Medical Officer; et al.,<br><br>      Defendants - Appellees. | No. 05-55834<br><br>D.C. No. CV-01-10074-AHM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The appellant's request that the court serve a photocopy of the reply brief on the appellees is granted. The Clerk shall provide appellees with a copy of the reply brief.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court

*Teresa A. Haugen*
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 1.28

EX-10-P5 15