

RAMZI BADWI K81555
Salinas Valley State Prison
Faciliey D-2, Cell 111
P.O. Box 1050
Soledad, CA 93960

E-filing

FILED
08 MAY 14 PM 1:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAMZI BADWI

Plaintiff,

vs.

WARDEN: MR. EVANS

Defendant.

CASE NO. CV 08 2221 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, RAMZI BADWI, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __1996 per month $2,500.00 Paid 1,200.00 in taxes__
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or              Yes ___  No _X_
10            self employment
11       b.   Income from stocks, bonds,           Yes ___  No _X_
12            or royalties?
13       c.   Rent payments?                       Yes ___  No _X_
14       d.   Pensions, annuities, or              Yes ___  No _X_
15            life insurance payments?
16       e.   Federal or State welfare payments,   Yes ___  No _X_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                          Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____0____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ ∅ _____
6  _____

7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ___ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ___
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ___∅___    Utilities: ___∅___
23 Food: $ ___∅___    Clothing: ___∅___
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____        $ ___∅___        $ ___∅___
27 _____        $ ___∅___        $ ___∅___
28 _____        $ ___∅___        $ ___∅___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

*NO*

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*on Appeal from United States District court Central District of California NO: CV-01-10074-AHM / Court of Appeal NINTC CIRCUIT Case NO: 05-55834*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*MAY 5/2008*                                *Barry Bock*
DATE                                         SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS             - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Badwi, Ramzi** K81555 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020        [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 5/9/08                    *L. Macias*
                                 [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/09/08
                                                                    PAGE NO:         1
                            CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SALINAS VALLEY STATE PRISON
                                INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: NOV. 01, 2007 THRU MAY  09, 2008

ACCOUNT NUMBER : K81555                     BED/CELL NUMBER: FDB2T1000000111W
ACCOUNT NAME   : BADWI, RAMZI AHMED         ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                                   CURRENT HOLDS IN EFFECT

     DATE            HOLD
    PLACED           CODE         DESCRIPTION                COMMENT          HOLD AMOUNT
    ----------       ----         -----------                -------          -----------
   01/29/2002        H110      COPIES HOLD               2517 COPY                0.30
   03/20/2002        H110      COPIES HOLD               3050 COPY                0.30
   04/09/2002        H110      COPIES HOLD               3249 COPY                0.20
   04/15/2002        H110      COPIES HOLD               3327 COPY                0.30
   04/25/2002        H110      COPIES HOLD               3463 COPY                2.25
   05/14/2002        H110      COPIES HOLD               3663 COPY                0.30
   05/29/2002        H110      COPIES HOLD               3817  COPY               0.20
   06/21/2002        H110      COPIES HOLD               4059 COPY                0.60
   07/09/2002        H110      COPIES HOLD               0085 COPY                0.20
   07/24/2002        H110      COPIES HOLD               0239 COPY                0.30
   08/13/2002        H110      COPIES HOLD               0470 COPY                0.30
   09/20/2002        H110      COPIES HOLD               0865 COPY                0.20
   10/10/2002        H110      COPIES HOLD               1082  COPY               0.30
   10/11/2002        H110      COPIES HOLD               1100  COPY               0.20
   10/30/2002        H110      COPIES HOLD               1260 COPY                0.20
   11/15/2002        H110      COPIES HOLD               1447 COPY                0.10
   12/02/2002        H110      COPIES HOLD               1547 COPY                0.30
   12/12/2002        H110      COPIES HOLD               1681 COPY                0.20
   12/24/2002        H110      COPIES HOLD               1785 COPY                0.20
   01/08/2003        H110      COPIES HOLD               1879 COPY                0.20
   01/10/2003        H110      COPIES HOLD               1934 COPY                0.30
   02/03/2003        H110      COPIES HOLD               2151   COPY              0.30
   02/10/2003        H110      COPIES HOLD               2238 COPY                0.20
   03/13/2003        H110      COPIES HOLD               2591 COPY                0.30
   05/07/2003        H110      COPIES HOLD               3203   COPY              0.20
   05/16/2003        H110      COPIES HOLD               3355 COPY                0.20
   06/06/2003        H110      COPIES HOLD               3561 COPY                0.20
   08/22/2003        H110      COPIES HOLD               0533   COPY              0.10
   12/02/2003        H110      COPIES HOLD               1531   COPY              0.40
   12/24/2003        H110      COPIES HOLD               1768   COPY              0.20
   01/07/2004        H110      COPIES HOLD               1847   COPY              0.30
   01/07/2004        H110      COPIES HOLD               1868 COPY                0.20
   02/03/2004        H110      COPIES HOLD               2139   COPY              0.20
   02/11/2004        H110      COPIES HOLD               2232   COPY              0.20
   03/10/2004        H110      COPIES HOLD               2524   COPY              0.30
   03/17/2004        H110      COPIES HOLD               2586   COPY              0.20
   04/05/2004        H110      COPIES HOLD               2709   COPY              0.30
   01/13/2005        H110      COPIES HOLD               1787   COPY              0.40
   01/21/2005        H110      COPIES HOLD               1865 COPY                0.40
   02/07/2005        H110      COPIES HOLD               1997   COPY              0.40
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/09/08
                                                                     PAGE NO:        2
                           SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY  09, 2008

ACCT:    K81555        ACCT NAME: BADWI, RAMZI AHMED              ACCT TYPE: I

                              CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE        DESCRIPTION                 COMMENT            HOLD AMOUNT
 ----------   ----    ----------------------------   ------------       ------------
 03/07/2005   H110    COPIES HOLD                    2243 COPY                  0.40
 03/09/2005   H110    COPIES HOLD                    2263 COPY                  0.10
 04/04/2005   H110    COPIES HOLD                    2443 COPY                  0.10
 04/04/2005   H110    COPIES HOLD                    2443 COPY                  0.20
 04/07/2005   H110    COPIES HOLD                    2484 COPY                  0.20
 04/22/2005   H110    COPIES HOLD                    2647 COPY                  0.20
 04/27/2005   H110    COPIES HOLD                    2693 COPY                  0.30
 05/13/2005   H110    COPIES HOLD                    2852 COPY                  0.40
 05/13/2005   H110    COPIES HOLD                    2852 COPY                  0.40
 06/03/2005   H110    COPIES HOLD                    3020 COPY                  0.20
 07/01/2005   H110    COPIES HOLD                    0009  COPY                 0.80
 10/19/2005   H110    COPIES HOLD                    0934 COPY                  0.40
 11/03/2005   H110    COPIES HOLD                    1090COPIES                 0.40
 11/09/2005   H110    COPIES HOLD                    1168 COPY                  0.20
 11/18/2005   H110    COPIES HOLD                    1257 COPY                  0.20
 11/28/2005   H110    COPIES HOLD                    1309 COPY                  0.20
 12/15/2005   H110    COPIES HOLD                    1501 COPY                  2.60
 01/05/2006   H110    COPIES HOLD                    1676 COPY                  0.40
 01/25/2006   H110    COPIES HOLD                    1895 COPY                  0.20
 05/01/2006   H110    COPIES HOLD                    2777   COPY                0.20
 05/23/2006   H110    COPIES HOLD                    3027   COPY                0.30
 07/24/2006   H110    COPIES HOLD                    0245   COPY                0.20
 08/09/2006   H110    COPIES HOLD                    0418   COPY                0.20
 09/13/2006   H110    COPIES HOLD                    0788   COPY                0.20
 10/16/2006   H110    COPIES HOLD                    1113   COPY                0.20
 10/23/2006   H110    COPIES HOLD                    1194   COPY                0.20
 10/27/2006   H110    COPIES HOLD                    1247   COPY                0.10
 11/07/2006   H110    COPIES HOLD                    1355   COPY                0.20
 01/12/2007   H104    DAMAGES HOLD                   2007     ID               5.00
 05/19/2007   H110    COPIES HOLD                    3236 COPY                  0.30
 08/07/2007   H110    COPIES HOLD                    0433 COPY                  0.36
 08/15/2007   H110    COPIES HOLD                    0530 COPY                  0.60
 08/28/2007   H110    COPIES HOLD                    0629 COPY                  0.60
 10/09/2007   H107    POSTAGE HOLD                   1007 POST                  1.00
 11/01/2007   H110    COPIES HOLD                    1217 COPY                  0.48
 11/09/2007   H110    COPIES HOLD                    1310 COPY                  0.48
 01/07/2008   H110    COPIES HOLD                    1747 COPY                  0.60
 04/10/2008   H110    COPIES HOLD                    2603CDC119                 1.32
 04/15/2008   H110    COPIES HOLD                    2649 COPY                  0.36
 04/18/2008   H109    LEGAL POSTAGE HOLD             2698 ENVEL                 1.35
 05/02/2008   H110    COPIES HOLD                    2795 COPY                  0.36
 05/05/2008   H109    LEGAL POSTAGE HOLD             2810 ENVEL                 0.20
```

REPORT ID: TS3030 .701                                          REPORT DATE: 05/09/08
                                                                PAGE NO:           3
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY 09, 2008

ACCT:   K81555      ACCT NAME: BADWI, RAMZI AHMED              ACCT TYPE: I

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 35.16 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  5/9/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias  SVSP
    TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

35.16-

Ramzi BADWI K815355
Salinas Valley State Prison
Facility D-2, Cell 111
P.O. Box 1050
Soledad, CA 93960

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES