IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI AHMED BADWI,<br><br>    Plaintiff,<br><br>  v.<br><br>M. S. EVANS, Warden,<br><br>    Defendants. | No. C 08-02221 SBA (PR)<br><br>**ORDER ADDRESSING PENDING MOTION** |

  Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983.

  Before the Court is Plaintiff's motion for an order directing the Clerk of the Court to provide Plaintiff with a copy of the complaint filed in this action.

  Good cause appearing, Plaintiff's request for a copy of his complaint is GRANTED. The Clerk of the Court shall mail Plaintiff a copy of his complaint along with this Order.

  This Order terminates Docket no. 2.

  IT IS SO ORDERED.

DATED: 7/1/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\CR.08\Badwi2221.GrantCopy.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAMZI BADWI,

        Plaintiff,

  v.

EVANS et al,

        Defendant.

Case Number: CV08-02221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramzi Ahmed Badwi K-81555
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: July 2, 2008

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk