UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMZI AHMED BADWI,

    Plaintiff,

  v.

WARDEN ANTHONY HEDGPETH, et al.,

    Defendants.
_____/

No. C 08-02221 SBA (NJV)

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAMZI AHMED BADWI whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: March 18, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    WARDEN KATHLEEN ALLISON, C.S.A.T.F. STATE PRISON AT CORCORAN

GREETINGS

WE COMMAND that you have and produce the body of RAMZI AHMED BADWI in your custody in the hereinabove-mentioned Institution, before the United States District Court on April 20, 2011, at 1 p.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of RAMZI AHMED BADWI v. WARDEN ANTHONY HEDGPETH, et al., and at the termination of said hearing return him forthwith to said

writ ad test

1 hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall
2 thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at
3 all times necessary until the termination of the proceedings for which his testimony is required in
4 this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: March 18, 2011

    RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

By: /s/ Linn Van Meter
    LINN VAN METER
    Administrative Law Clerk

14 Dated:  March 18, 2011

Judge Nandor J. Vadas
United States Magistrate Judge

writ ad test

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAMZI AHMED BADWI, | No. C 08-CV-02221 SBA (NV) |
|     Plaintiff, | |
|   v. | CERTIFICATE OF SERVICE |
| WARDEN ANTHONY HEDGPETH, et al., | |
|     Defendants. | |

I, the undersigned, hereby certify that on March 18, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ramzi Ahmed Badwi
K-81555
C.S.A.T.F. State Prison at Corcoran
P.O. Box 5242
Corcoran, CA 93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test