```
COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
ERIN R. WALLACE (262377)
(ewallace@cooley.com)
KATHLYN A. QUERUBIN (275085)
(kquerubin@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
```

Attorneys for Plaintiff
Ramzi Ahmed Badwi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ramzi Ahmed Badwi,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Warden Anthony Hedgpeth, et al.,<br><br>　　　　　Defendant. | Case No. C 08-2221 SBA (PR)<br><br>~~XXXXXXX~~ [PROPOSED] ORDER GRANTING STIPULATION TO CHANGE TIME OF SETTLEMENT CONFERENCE<br><br>Judge: Hon. Saundra B. Armstrong |

Good cause appearing, pursuant to the stipulation of the parties, the settlement conference currently scheduled for July 26, 2011 is postponed until at least August 15, 2011. Magistrate Judge Vadas shall coordinate a place, time and date for the conference with all interested parties and/or their representatives and, within ten (10) days after the conclusion of the conference, file with the Court a report regarding the conference. The Clerk shall provide a copy of this Order to Magistrate Judge Vadas in Eureka, California.

//

//

//

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1225029 v1/SF

1.

[PROPOSED] ORDER GRANTING STIPULATION TO CHANGE TIME OF SETTLEMENT CONFERENCE
CASE NO. C 08-2221 SBA (PR)

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: June 30, 2011

*Saundra B. Armstrong*
The Hon. Saundra B. Armstrong
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1225029 v1/SF

2.

[PROPOSED] ORDER GRANTING STIPULATION TO
CHANGE TIME OF SETTLEMENT CONFERENCE
CASE NO. C 08-2221 SBA (PR)