UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ramzi Ahmed Badwi, | Case No. C 08-2221 SBA (NJV) |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| Warden Anthony Hedgpeth, et al., | Judge: Hon. Nandor J. Vadas |
| Defendants. | |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAMZI AHMED BADWI whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: _July 25_____, 2011

_____
The Hon. Nandor J. Vadas
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1228609 v1/SF

1.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM
NO. C 08-02221 SBA (NJV)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN KATHLEEN ALLISON, C.S.A.T.F. STATE PRISON AT CORCORAN


<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RAMZI AHMED BADWI in your custody in the hereinabove-mentioned Institution, before the United States District Court on August 23, 2011, at 11:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of RAMZI AHMED BADWI v. WARDEN ANTHONY HEDGPETH, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.


Dated: _____July 25_____, 2011

Richard Weiking
Clerk, United States District Court


/s/ Linn Van Meter
_____
Administrative Law Clerk



Dated: _____July 25_____, 2011

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1228609 v1/SF

2.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
NO. C 08-02221 SBA (NJV)