UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAZMI AHMED BADWI,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No: C 08-02221 SBA PR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Dkt. 48 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's motion to enlarge time to file opposition to defendants' motion to dismiss is GRANTED. Plaintiff's deadline for filing his opposition is enlarged to forty-five (45) days after the settlement conference scheduled for August 23, 2011. Defendants' reply shall be filed seven (7) days after Plaintiff files his opposition. This Order terminates Docket 48.

IT IS SO ORDERED.

Dated: July 27, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge