IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZI AHMED BADWI, | No. C 08-2221 SBA (pr) |
| Plaintiff, | **ORDER APPOINTING COUNSEL FOR CONTINUED REPRESENTATION OF PLAINTIFF; DIRECTING PARTIES TO ABIDE BY BRIEFING SCHEDULE IN THE COURT'S JULY 27, 2011 ORDER; AND REFERRING CASE FOR FURTHER SETTLEMENT PROCEEDINGS, IF NECESSARY** |
| v. | |
| WARDEN ANTHONY HEDGPETH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, stemming from incidents, including a rape by another prisoner, which occurred while he was incarcerated at Salinas Valley State Prison in 2007. The Court has previously determined that the only remaining request for relief is Plaintiff's request for injunctive relief compelling prison officials to place him in a single cell.

In an Order dated May 23, 2011, the Court determined that it was in the best interests of the parties and judicial efficiency to refer this action to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings pursuant to the Pro Se Prisoner Settlement Program. The Court also determined that counsel should be appointed for Plaintiff; therefore, the Court appointed "Jessica Valenzuela Santamaria, Esq. (SBN 220934), Erin Wallace, Esq. (SBN 262377) and Kathlyn Querubin, Esq. (SBN 275085) of Cooley Godward LLP . . . as counsel for Plaintiff in this matter (initially, during further settlement proceedings, and then with the option to consider continuing on representation if the case does not settle) pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines." (May 23, 2011 Order at 1-2.)

On June 13, 2011, Defendants filed a motion to dismiss.

In an Order dated July 27, 2011, the Court granted Plaintiff an extension of time up to and including October 7, 2011 to file his opposition to the motion to dismiss.

On August 23, 2011, the parties appeared before Magistrate Judge Vadas for court-ordered

settlement proceedings.

In a report dated August 31, 2011, Magistrate Judge Vadas informed the Court about the result of the settlement proceedings, as follows: "The parties are unable to reach an agreement at this time. However, counsel will request a further settlement conference after dispositive motions in this case, if necessary." (Aug. 31, 2011 Report at 2.)

In a letter dated September 6, 2011, Plaintiff's counsel, Attorney Querubin, informed the Court that "Cooley LLP will continue [their] representation of Mr. Ramzi Ahmed Badwi through the next settlement conference, with the possibility that [they] will represent him for the duration of the litigation." (Atty. Querubin's Sept. 6, 2011 Letter at 1.) She added:

> . . . we will file a brief in opposition to Defendants' motion to dismiss by the October 7, 2011 deadline and represent Mr. Badwi at the hearing. We will also continue our investigation of Mr. Badwi's claims and seek to file an amended complaint to assert any additional claims he may have.

(Id.)

The Court finds that it would be beneficial to have counsel assist Plaintiff in opposing the pending motion to dismiss as well as in any further settlement proceedings, if necessary; and, having been informed by volunteer counsel that they are willing to continue their representation of Plaintiff in this regard,

IT IS HEREBY ORDERED that the appointment of Jessica Valenzuela Santamaria, Esq. (SBN 220934), Erin Wallace, Esq. (SBN 262377) and Kathlyn Querubin, Esq. (SBN 275085) of Cooley Godward LLP as counsel for Plaintiff in this matter will continue (to assist him in opposing Defendants' motion to dismiss as well as in any further settlement proceedings, if necessary; and then with the option to consider continuing on representation if the case still does not settle) pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The Clerk of the Court shall send a copy of this Order to Ms. Santamaria, Ms. Wallace and Ms. Querubin at Cooley Godward LLP, 101 California Street, Fifth Floor, San Francisco, California 94111-5800. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

The parties shall abide by the briefing schedule outlined in the Court's Order dated July 27, 2011. Plaintiff's counsel shall file an opposition to Defendants' motion to dismiss no later than

2

**October 7, 2011**. Defendants shall file their reply no later than **seven (7) days** after Plaintiff's opposition has been filed. **Because Plaintiff has already been granted an extension to file his opposition, no further extensions of time will be granted absent exigent circumstances.**

As mentioned above, the Court will refer this action to Magistrate Judge Vadas for further settlement proceedings in the event that this case is not resolved at the dispositive motion stage. The settlement conference shall take place within **سixty (60) days** after the date of the Order denying Defendants' motion to dismiss, if such an Order is issued. Magistrate Judge Vadas shall coordinate a place, time and date for the conference with all interested parties and/or their representatives and, within **ten (10) days** after the conclusion of the conference, file with the Court a report regarding the conference.

The Clerk shall provide a copy of this Order to Magistrate Judge Vadas in Eureka, California.

IT IS SO ORDERED.

DATED: 9/13/11

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Badwi2221.2ndApptATTY.frm     3