```
 1  COOLEY LLP
    JESSICA VALENZUELA SANTAMARIA (220934)
 2  (jsantamaria@cooley.com)
    JENNIFER A. BROWN (267836)
 3  (jbrown@cooley.com)
    Five Palo Alto Square
 4  3000 El Camino Real
    Palo Alto, CA 94306-2155
 5  Telephone:   (650) 843-5000
    Facsimile:   (650) 849-7400
 6
    COOLEY LLP
 7  KATHLYN A. QUERUBIN (275085)
    (kquerubin@cooley.com)
 8  101 California Street, 5th Floor
    San Francisco, CA 94111-5800
 9  Telephone:   (415) 693-2000
    Facsimile:   (415) 693-2222
10
    Attorneys for Plaintiff
11  Ramzi Ahmed Badwi
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Ramzi Ahmed Badwi, | Case No. No. C 08-02221 SBA (NJV) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| Warden Anthony Hedgpeth, et al., | |
| Defendants. | Judge: Hon. Saundra B. Armstrong |

WHEREAS, through its October 27, 2011 Civil Case Management Conference Minutes, the Court set the last day to amend pleadings or add parties as January 25, 2012,

WHEREAS, Plaintiff Ramzi Ahmed Badwi filed a Motion Seeking Leave to File a Second Amended complaint with an accompanying Second Amended Complaint on January 25, 2012,

WHEREAS, Defendants Anthony Hedpeth and Lieutenant Oyarzabal filed an Opposition

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION REGRADING EXTENSION OF TIME TO
FILE REPLY ISO MTN FOR LEAVE TO FILE SAC
No. C 08-02221 SBA (NJV)

to Plaintiff's Motion for Leave to File a Second Amended Complaint on February 8, 2012,

WHEREAS, pursuant to the Northern District of California Local Rule 7-3(a), Plaintiff's reply to Defendants' opposition must be served and filed no later than February 15, 2012,

WHEREAS, the motion hearing for the Motion for Leave to File a Second Amended Complaint is set for May 1, 2012,

WHEREAS, the parties conferred and agreed that Plaintiff could serve and file the reply to Defendants' opposition no later than February 24, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through undersigned counsel of record as follows:

Subject to the consent of the Court, the last day to serve and file the reply to Defendants' opposition is February 24, 2012.

Dated: February 9, 2012

Respectfully submitted,

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA
JENNIFER A. BROWN
KATHLYN A. QUERUBIN

/s/ Jennifer A.W. Brown
JENNIFER A.W. BROWN
Attorneys for Plaintiff
Ramzi Ahmed Badwi

Dated: February 9, 2012

OFFICE OF THE ATTORNEY GENERAL
KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

/s/Sharon Anne Garske
SHARON ANNE GARSKE
Deputy Attorney General
Attorneys for Defendants
Hedgpeth and Oyarzabal

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION REGRADING EXTENSION OF TIME TO
FILE REPLY ISO MTN FOR LEAVE TO FILE SAC
No. C 08-02221 SBA (NJV)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 10, 2012

_Saundra B. Armstrong_
The Hon. Saundra B. Armstrong
United States District Judge

1006844