UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMZI AHMED BADWI,

        Plaintiff,

   v.

WARDEN ANTHONY HEDGPETH, et al.,

        Defendants.
_____/

No. C 08-02221 SBA (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAMZI AHMED BADWI, inmate no. K-81555, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: May 10, 2012

                                      _____
                                      NANDOR J. VADAS
                                      United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

    TO:    WARDEN RALPH M. DIAZ, WARDEN, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, CORCORAN

<u>GREETINGS</u>

    WE COMMAND that you have and produce the body of RAMZI AHMED BADWI, inmate no. K-81555, in your custody in the hereinabove-mentioned Institution, before the United States District Court on June 19, 2012, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of RAMZI AHMED BADWI v. WARDEN ANTHONY HEDGPETH, et al., and at the termination of said hearing return

writ ad test

him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 10, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: /s/ Linn Van Meter
    LINN VAN METER
    Administrative Law Clerk

Dated: May 10, 2012



writ ad test