**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAMZI AHMED BADWI, | No. C 08-02221 SBA (NV) |
| Plaintiff, | ORDER REQUIRING MEET AND CONFER AND SETTING STATUS CONFERENCE |
| v. | |
| WARDEN ANTHONY HEDGPETH, et al., | |
| Defendants. | |

This case is now set for a settlement conference on June 19, 2012. The Deputy Attorney General representing Defendants is HEREBY ORDERED to meet and confer telephonically with Plaintiff's Counsel to discuss settlement of this case. The legal representative of the CDCR must be present at this telephonic meeting.

The matter is HEREBY SET for a telephonic status conference on Tuesday, June 12, 2012, at 3:00 p.m.. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

IT IS SO ORDERED.

Dated: June 6, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge